# Court of Appeals
# of the State of Georgia

ATLANTA,___November 08, 2016___

*The Court of Appeals hereby passes the following order:*

**A17A0460.  NAJEE ANTHONY SHAREEF v. MONICA JONES SHAREEF.**

In this divorce action, Najee Shareef filed a notice of appeal from the final parenting plan entered in the case on March 23, 2016, then amended his notice of appeal to challenge the final divorce decree entered on July 13, 2016.  We, however, lack jurisdiction.

The Georgia Supreme Court has jurisdiction over all divorce and alimony cases, including those cases ancillary to the divorce proceedings.  See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (6); *Morris v. Surges*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008); see also *Williams v. Cooper*, 280 Ga. 145 (625 SE2d 754) (2006) (Supreme Court decided appeal from attorney fee award arising out of contempt proceeding to enforce a support obligation).  Because the underlying subject matter of this appeal is divorce, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____11/08/2016_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*